Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  16−33160−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aligya David                                  Sathyamma David
   dba First LC&D Deli, LLC                  14 Old Washington Crossin Rd
   14 Old Washington Crossin Rd        Titusville, NJ 08560−1506
   Titusville, NJ 08560−1506

Social Security No.:
   xxx−xx−3255                                  xxx−xx−1151

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 17, 2017.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 17, 2017
JAN: dmi

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 16-33160-CMG
Aligya David                                                    Chapter 13
Sathyamma David
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Aug 17, 2017
                               Form ID: 148                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db/jdb         Aligya David,    Sathyamma David,    14 Old Washington Crossin Rd,    Titusville, NJ 08560-1506
cr            +Nationstar Mortgage LLC as servicer for WELLS FARG,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr            +TSMC,LLC,   c/o GORSKI & KNOWLTON PC,    311 WHITE HORSE AVE,    STE A,   HAMILTON, NJ 08610-1430
lm            +Wells Fargo Bank,    C/O Nationstar Mortgage,    Po Box 619096,    Dallas, TX 75261-9096
cr            +Wells Fargo Bank, National Association,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
516697553     +ACCU Reference Medical Lab,    1901 East Linden Ave., Ste. 4,    Linden, NJ 07036-1195
516533288      Credit Union Of New Jerse,    Peter J. Liska, LLC,    766 Shrewsbury Ave,
                Tinton Falls, NJ 07724-3001
516551056     +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
516533290     +Emerg Phy Assoc Of S Jersey Pc,    Po Box 740021,    Cincinnati, OH 45274-0021
516533291      First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
516533292     +Firstsource Advantage Llc,    Po Box 928,    Buffalo, NY 14240-0928
516533293      Gary Backinoff, Esq.,    Teich Groh,    34 Franklin Corner Rd,    Lawrenceville, NJ 08648-2102
516588831     +Jericho National Golf Club,    c/o Robert Downs,    Spartan Organization, Inc.,    PO Box 736,
                Fort Washington, PA 19034-0736
516533295      MSW Capital LLC,    Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516533296    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     PO Box 630267,    Irving, TX 75063-0116)
516533297      Palisades collection llc,    pressler and pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516533298     +Pse&G,   Po Box 14444,    New Brunswick, NJ 08906-4444
516533299      Rita Verdeur,    803 Liberty St,    Trenton, NJ 08611-1101
516533300      Royal Suites,    Bluegreen Resorts Mangement,    PO Box 630980,    Cincinnati, OH 45263-0980
516533302    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,     Po Box 245,
                Division Of Taxation-Bankruptcy Section,    Trenton, NJ 08695-0000)
516533304      TSMC, LL,    PO Box 958,   Pennington, NJ 08534-0958
516648446     +TSMC, LLC,    c/o Gorski & Knowlton PC,    311 Whitehorse Avenue; Suite A,
                Hamilton, NJ 08610-1430
516533305      TSMC, LLC,    Hartsough Kenny Chase,    34 Franklin Corner Rd,    Lawrenceville, NJ 08648-2102
516624558     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516533303      Trenton Roofing and Siding Inc,    127 Rusling St,    Trenton, NJ 08611-1437
516533306      Us Bank National Assoc,    Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd Ste 100,
                Mount Laurel, NJ 08054-3437
516646059     +WELLS FARGO BANK, NATIONAL ASSOCIATION,,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas TX 75261-9096
516533308      Wells Fargo Bank, NA,    Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,
                Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: BL-TOYOTA.COM Aug 17 2017 22:48:00      Toyota Motor Credit Corporation,
                 Attn Becket & Lee, LLP,    PO Box 3001 Dept.,    Malvern, PA 19355-0701
516533281     +E-mail/Text: seinhorn@ars-llc.biz Aug 17 2017 23:09:25      Ability Recovery Services,
                 Po Box 4031,    Wyoming, PA 18644-0031
516533283     +EDI: BANKAMER.COM Aug 17 2017 22:48:00      Bank Of America Home Loans,    Po Box 5170,
                 Simi Valley, CA 93062-5170
516533284     +EDI: CAPITALONE.COM Aug 17 2017 22:48:00      Capital One Bank Usa NA,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516533286      E-mail/Text: jhopper@ccias.com Aug 17 2017 23:09:03      Cooper Land Development Inc,
                 903 N 47th St,    Rogers, AR 72756-9622
516533287      E-mail/Text: bankruptcy@cunj.org Aug 17 2017 23:08:26      Credit Union Of New Jerse,
                 PO Box 7921,    Ewing, NJ 08628-0921
516533289      EDI: DCI.COM Aug 17 2017 22:48:00      Diversified Consultants,    PO Box 551268,
                 Jacksonville, FL 32255-1268
516533294      EDI: IRS.COM Aug 17 2017 22:48:00      Internal Revenue Service,    Po Box 7346,
                 Philadelphia, PA 19101-7346
516614241      EDI: PRA.COM Aug 17 2017 22:48:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One, N.A.,    POB 41067,    Norfolk VA 23541
516551276      E-mail/Text: ebn@vativrecovery.com Aug 17 2017 23:08:18      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
516533301      E-mail/Text: rwjebn@rwjbh.org Aug 17 2017 23:09:33      RWJ Hamilton,   1 Hamilton Health Pl,
                 Hamilton, NJ 08690-3542
516654484     +EDI: RMSC.COM Aug 17 2017 22:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 17, 2017
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516533307         EDI: VERIZONCOMB.COM Aug 17 2017 22:49:00      Verizon,   PO Box 920041,
                   Dallas, TX   75392-0041
516533282         EDI: ALLIANCEONE.COM Aug 17 2017 22:48:00      allianceone recevables management,   PO Box 3111,
                   Southeastern, PA   19398-3111
                                                                                                 TOTAL: 16
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516533285     ##Citizens Public Adjusters,   3237 Bristol Rd Ste 204,   Bensalem, PA   19020-2172
                                                                                      TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Creditor    TSMC,LLC agorski@gorskiknowlton.com
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6
               cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for WELLS
               FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE
               LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6 cmecf@sternlav.com
              Jenelle C Arnold    on behalf of Creditor    Nationstar Mortgage LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank, National Association
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Stephanie   Shreter    on behalf of Joint Debtor Sathyamma   David shreterecf@comcast.net
              Stephanie   Shreter    on behalf of Debtor Aligya   David shreterecf@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 12
```