UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephanie Shreter, Esq.
105 High St.
Mount Holly, NJ 08060

(609)265-9600

**Order Filed on August 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Aligya David & Sathyamma David

Case No.: 16-33160

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that _____Stephanie Shreter_____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____700.00_____ . The allowance shall be payable:

      ☒      through the Chapter 13 plan as an administrative priority.

      ❏      outside the plan.

      The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Aligya David  
Sathyamma David  
    Debtors

Case No. 16-33160-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 18, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db/jdb      Aligya David,    Sathyamma David,    14 Old Washington Crossin Rd,    Titusville, NJ   08560-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:  
           Albert Russo    docs@russotrustee.com  
           Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Allen I Gorski    on behalf of Creditor    TSMC,LLC agorski@gorskiknowlton.com  
           Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation  
            bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE  
           FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6  
            cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for WELLS  
           FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE  
           LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6 cmecf@sternlav.com  
           Jenelle C Arnold    on behalf of Creditor    Nationstar Mortgage LLC bkecfinbox@aldridgepite.com,  
            jarnold@ecf.inforuptcy.com  
           Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank, National Association  
            bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
           Stephanie Shreter    on behalf of Joint Debtor Sathyamma David shreterecf@comcast.net  
           Stephanie Shreter    on behalf of Debtor Aligya David shreterecf@comcast.net  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 12